IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF CALLAN MARINE, LTD. AS OWNER OF THE DREDGE GENERAL PATTON, ITS ENGINES, GEAR, TACKLE, ETC. IN A CAUSE FOR EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § | C.A. No. 3:22-cv-00044<br><br>In Admiralty Pursuant to Rule 9(h) |

May 19, 2022

Clerk of Court
United States District Court
Southern District of Texas, Galveston Division
601 Rosenberg Street, Room 411
Galveston, Texas 77550

      RE:    Alleged Injury to Zach Lewis and Ashley Whaley
                Vessel "**Dredge General Patton**"
                D/A: July 10, 2021

## LETTER OF UNDERTAKING

TO WHOM IT MAY CONCERN

      It is alleged that on or about July 10, 2021, while Callan Marine, Ltd. was towing an unlit dredge pipe in Galveston Bay, Zach Lewis and Ashley Whaley were operating a fishing vessel and struck the pipe being towed by the Dredge General Patton, causing their vessel to capsize and throw both out of the boat.

      A Complaint seeking exoneration from or limitation of liability has been filed on behalf Callan Marine, Ltd., owner of the Dredge General Patton in the United States District Court for the Southern District of Texas, Galveston Division in Houston, Texas.

      In lieu of posting a surety bond in order to file an action for exoneration from or limitation of liability, as required by 46 U.S.C. §30501, *et seq.,* the undersigned hereby agrees:

      1.    To file or cause to be filed upon demand an appearance on behalf of Callan Marine, Ltd., owner of the Dredge General Patton in any civil action in the United States District court for the Southern District of Texas;

2. In the event a final decree (after appeal, if any) be entered in favor of claimant(s) arising out of the injury or property damage sustained by claimants, to pay and satisfy (up to and not exceeding) the sum of FIVE MILLION TWO HUNDRED AND NINETY FIVE AND 00/100 DOLLARS ($5,295,000.00) by the Court or settled between the parties, where said settlement has been made with the approval of the undersigned, without any final decree being rendered;

3. Upon demand, to cause to be filed in said action a bond with the approved corporate surety, in the amount to be agreed upon or fixed by the Court, not to exceed FIVE MILLION TWO HUNDRED AND NINETY FIVE AND 00/100 DOLLARS ($5,295,000.00) with interest at six (6%) percent to satisfy all statutory requirements in said action described in paragraph 1 above. In no event, however, will the undersigned, as the Primary Underwriter, be responsible for payments in excess of the available limits of their primary insurance. In the event that the bond referred to in this paragraph is filed, the undersigned shall have no further obligation under this Letter of Undertaking; and

4. That this letter is to be binding whether the Dredge General Patton is lost at sea or not lost, in port or not in port; and is given without prejudice to all rights or defenses which the Dredge General Patton and/or her owner, operator, charterer or claimant(s) may have, none of which is to be regarded as waived.

5. The values expressed in this letter are based upon the insured value of the subject vessel and the Declaration of Pending Freight and Value of Potential Flotilla.

The giving of this Letter of Undertaking is not to be deemed or to be taken or accepted as an admission of liability on behalf of the Dredge General Patton and/or her owner or those interested in her.

Respectfully submitted:

FIDELIS CLAIMS SERVICES, LLC

By: *Anthony Romer*
Anthony Romer
Senior Director – Marine Claims