IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF CALLAN MARINE LTD. AS OWNER OF THE DREDGE "GENERAL PATTON" ITS ENGINES, TACKLE, APPAREL, ETC., IN A CAUSE FOR EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § | C.A. NO. 3:22-cv-00044<br><br>In Admiralty Pursuant to Rule 9(h) |

### UNOPPOSED MOTION FOR DEFAULT JUDGMENT AS TO UNKNOWN CLAIMANTS

Petitioner Callan Marine Ltd., as owner of the Dredge *General Patton*, its engines, gear, tackle, etc., files this Unopposed Motion for Default Judgment as to Unknown Claimants and would respectfully show as follows:

1. On August 24, 2022, the Court issued a Monition in connection with this Limitation of Liability Act action, calling for all persons claiming damages for losses of life, personal injuries, destruction, property damage or losses as a result of the July 10, 2021 voyage of the Dredge *General Patton* to appear and assert such claims, if any, on or before October 19, 2022. *See* Dkt. #16.

2. On August 24, 2022, the Court also entered its Order Directing Claimants to File and Make Proof of Claims, Directing the Issuance of Monition, and Restraining the Prosecution of Claims ("Order Directing Claimants"). *See* Dkt. #17. Among other things, the Order Directing Claimants called for Callan Marine to publish notice of the Court's Monition in *The Galveston County Daily News* "once in each week for four (4) weeks" preceding the applicable claims deadline

and to provide notice to all known claimants "not later than the date of the second publication of such notice of the Monition ...." Dkt. #17, at 2.

3. As evidenced by the attached Publisher's Affidavit attached hereto as **Exhibit A**, Callan Marine complied with the publication requirements required by the Order Directing Claimants.

4. Likewise, by correspondence dated September 5, 2022, a true and correct copy of which is attached hereto as **Exhibit B**, Callan Marine provided notice to all known claimants, Zach Lewis and Ashley Whaley, through their counsel.

5. The deadline for all claimants to appear and assert claims against Callan Marine in this matter has now passed. *See* Dkt. #16. Callan Marine has also complied with the Court's publication and notice requirements concerning this matter. *See* Exhibit A; Exhibit B.

6. Accordingly, Callan Marine moves for default judgment as to any and all unknown claimants who have not appeared and asserted claims by and in accordance with the deadline established in the Court's Monition and Order Directing Claimants.

For these reasons, Petitioner Callan Marine Ltd. respectfully requests that the Court grant this Motion for Default Judgment as to Unknown Claimants and enter an Order granting default as to all unknown claimants who have not appeared and asserted claims by and in accordance with the deadline established

in the Court's Monition and Order Directing Claimants. Petitioner additionally requests any further relief to which it may show itself justly entitled.

        Respectfully submitted,

By: */s/ Kenneth W. Bullock II*
Kenneth W. Bullock II (kbullock@fbtlaw.com)
Texas Bar No.: 24055227
Federal I.D. No.: 675132
**Frost Brown Todd LLC**
4400 Post Oak Parkway, Suite 2850
Houston, Texas 77027
Telephone: (713) 590-9300
Facsimile: (713) 590-9399

*– And –*

By: */s/ Rusty Hardin*
Rusty Hardin (rhardin@rustyhardin.com)
State Bar No. 08972800
Ryan Higgins (rhiggins@rustyhardin.com)
State Bar No. 24007362
Daniel R. Dutko (ddutko@rustyhardin.com)
State Bar No. 24054206
Leah Graham (lgraham@rustyhardin.com)
State Bar No. 24073454
Victoria Reilly (treilly@rustyhardin.com)
State Bar No. 24118679
**Rusty Hardin & Associates LLP**
5 Houston Center
1401 McKinney Street, Suite 2250
Houston, Texas 77010
Telephone: (713) 652-9000
Facsimile: (713) 652-9800

**ATTORNEYS FOR PETITIONER CALLAN MARINE LTD.**

## **CERTIFICATE OF CONFERENCE**

The undersigned certifies that counsel for Claimants Ashley Whaley and Zach Lewis are unopposed to the relief sought herein.

    */s/ Kenneth W. Bullock II*
Kenneth W. Bullock II

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing has been served upon all known counsel of record via the Court's CM/ECF system on this 24th day of October 2022.

    */s/ Kenneth W. Bullock*
Kenneth W. Bullock II

0145809.0758028   4880-3064-1723v1..