IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION OF CALLAN MARINE LTD. AS OWNER OF THE DREDGE "GENERAL PATTON" ITS ENGINES, TACKLE, APPAREL, ETC., IN A CAUSE FOR EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § | C.A. NO. 3:22-cv-00044<br><br>In Admiralty Pursuant to Rule 9(h) |

### ORDER ON ENTRY OF DEFAULT JUDGMENT

On this day, the Court considered the Unopposed Motion of Petitioner Callan Marine Ltd. for Entry of Default Judgment as to Unknown Claimants. Upon considering the Motion, the Court is of the opinion the Motion is meritorious and should be GRANTED. It is, therefore,

**ORDERED** that all persons and/or entities claiming damages for losses of life, personal injuries, destruction, property damage or losses as a result of the July 10, 2021 voyage of the Dredge *General Patton* who have not filed and served such claim upon Petitioner and this Court on or before October 19, 2022 are forever barred from filing and serving such claims in this action.

DONE on this _____ day of _____, 2022, in Galveston, Texas.

_____
PRESIDING JUDGE